NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YORK TELECOM CORPORATION,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2017-1598

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00489-LKG, Judge Lydia Kay Griggsby.

---

## JUDGMENT

---

DANIEL JOSEPH DONOHUE, Polsinelli, PC, Washington, DC, argued for plaintiff-appellant. Also represented by WALTER A.I. WILSON.

ELIZABETH ANNE SPECK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  January 10, 2018  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court